### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Darrin F. Bruce | |
|        Debtor | CHAPTER 13 |
| | |
| U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT | |
|        Movant | |
|        vs. | NO. 17-14175 JFK |
| | |
| Darrin F. Bruce | |
|        Respondent | |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of Chapter 13 Plan of U.S. Bank National Association, not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT, which was filed with the Court on or about October 31, 2017 (Document No. 22).

Respectfully submitted,

**/s/ Matteo S. Weiner, Esquire**
Matteo S. Weiner, Esquire
Attorney for Movant
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

January 3, 2018