# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                            Chapter 13

                            Bankruptcy No. 17-14175-MDC

DARRIN F BRUCE

3000 HETHERTON DRIVE

ASTON, PA 19014

      Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    DARRIN F BRUCE

    3000 HETHERTON DRIVE

    ASTON, PA 19014

Counsel for debtor(s), by electronic notice only.

    DAVID B. SPITOFSKY ESQUIRE
    LAW OFFICES OF DAVID SPITOFSKY
    516 SWEDE ST
    NORRISTOWN, PA 19401-

/S/ William C. Miller

Date: 3/9/2018

William C. Miller, Esquire
Chapter 13 Standing Trustee