United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-14175-mdc
Darrin F. Bruce                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi                Page 1 of 2            Date Rcvd: May 04, 2018
                     Form ID: pdf900            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 06, 2018.
```
db             +Darrin F. Bruce,    3000 Hetherton Drive,     Aston, PA 19014-1719
13948614       +CHRYSLER CAPITAL,    P.O. BOX 961275,    FORT WORTH, TX 76161-0275
13935412        Capital One Bank USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13935413       +Chrysler Capital,    P.O. Box 961245,    Fort Worth, TX 76161-0244
13935409       +David B. Spitofsky, Esquire,    Law Office of David B. Spitofsky,     516 Swede Street,
                 Norristown, PA 19401-4807
13935414       +Ennis Oil & Burner Service Inc.,    P.O. Box 417,     Chester Heights, PA 19017-0417
13935415      ++FIRST NATIONAL COLLECTION BUREAU,    50 W LIBERTY ST,     STE 250,    RENO NV 89501-1973
               (address filed with court:   First National Collection Bureau,    610 Waltham Way,
                 Sparks, NV 89434)
13935416       +KML Law Group, P.C.,    Suite 5000 Mellon Indep. Ctr.,    701 Market Street,
                 Philadelphia, PA 19106-1538
13935417       +Louise C. Bruce,    3000 Hetherton Drive,    Aston, PA 19014-1719
13997966       +PNC BANK N.A.,    PO BOX 94982,    CLEVELAND, OH 44101-4982
13935419       +PNC Bank,    P.O. Box 3180,    Pittsburgh, PA 15230-3180
13935418       +Pinnacle Credit Services,    7900 Highway 7 #100,    Saint Louis Park, MN 55426-4045
14011503        Pinnacle Credit Services, LLC its successors and,     assigns as assignee of Citibank (South,
                 Dakota), N.A.,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
13935420       +Rushmore Loan Management Services,    P.O. Box 52708,    Irvine, CA 92619-2708
14013991       +Rushmore Loan Management Services,    P.O. Box 55004,    Irvine, CA 92619-5004
13987985       +U.S. Bank NA,    c/o Matteo S. Weiner, Esq.,    KML Law Group PC,    701 Market St., Ste. 5000,
                 Phila., PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov May 05 2018 01:57:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov May 05 2018 01:57:02     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13935411       +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov May 05 2018 01:56:52     Frederic J. Baker, Esquire,
                 Office of U.S. Trustee,    833 Chestnut Street, Suite 500,    Philadelphia, PA 19107-4405
13978644        E-mail/Text: RVSVCBICNOTICE1@state.pa.us May 05 2018 01:56:32
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
13938713       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 05 2018 02:03:54     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13935410*      +Darrin F. Bruce,    3000 Hetherton Drive,    Aston, PA 19014-1719
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 06, 2018                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi              Page 2 of 2             Date Rcvd: May 04, 2018
                               Form ID: pdf900          Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 4, 2018 at the address(es) listed below:
          DAVID B. SPITOFSKY    on behalf of Debtor Darrin F. Bruce spitofskybk@verizon.net,
           spitofskylaw@verizon.net
          MATTEO SAMUEL WEINER    on behalf of Creditor   U.S. Bank National Association, not in its
           individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                                     TOTAL: 5

Case 17-14175-mdc    Doc 38    Filed 05/06/18    Entered 05/07/18 00:56:06    Desc Imaged
Certificate of Notice    Page 2 of 4

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| DARRIN F. BRUCE | : | |
| | : | |
| DEBTOR | : | NO. 17-14175 (MDC) |

### ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee (the "Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Counsel for Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3. Any wage orders previously entered are **VACATED**.

4. Pursuant to 11 U.S.C. Section 349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. Section 349(b)(3).

5. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6. Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within five (5) days of the entry of this Order. Within thirty (30) days after the entry of this Order, counsel shall file (1) a Certification of Service confirming such service, and (2) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed, or if such application has been filed, set a hearing on all such applications.

7. If no Certification, as required above in Paragraph 6 has been entered on the docket within sixty (60) days of the entry of this Order, then the Standing Trustee shall, if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, set a hearing

thereon or, if no such applications have been filed, be authorized to return such funds to Debtor(s) pursuant to 11 U.S.C. Section 1326(a)(2).

Dated: 5/3/18

_Magdeline D. C_____
MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE