**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| | : | |
| **DARRIN F. BRUCE** | : | |
| | : | |
| **DEBTOR** | : | **NO. 17-14175 (MDC)** |

## ORDER APPROVING COUNSEL FEE

**AND NOW**, this 11th day of May, 2018, upon consideration of the Application of David B. Spitofsky, Esquire for Compensation (the "Application"), and after notice and opportunity to be heard having been given to the United States Trustee, all creditors and parties-in-interest and good cause having been shown, it is hereby

**ORDERED AND DECREED** that the Application is approved in the amount of $3,500.00 and that the balance as stated in the Application, in the amount of $2,500.00, shall be paid to Debtor's(s') counsel as an administrative expense to the extent provided for by the terms of Debtor's (s') confirmed chapter 13 plan.

BY THE COURT:

_____
HONORABLE MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

cc:
David B. Spitofsky, Esquire
516 Swede Street
Norristown, PA 19401

William C. Miller, Esquire
P.O. Box 1229
Philadelphia, PA 19105

Darrin F. Bruce
3000 Hetherton Drive
Aston, PA 19014